*Lawrence Russell* for appellant.

*Francis E. Cullin* and *Henry Purcell* for respondent.

Order affirmed, with costs; no opinion.

Concur: HISCOCK, Ch. J., CARDOZO, POUND, McLAUGH-LIN, CRANE, ANDREWS and LEHMAN, JJ.

---

AUGUSTUS B. FIELD et al., Appellants, *v.* WEST THIRTY-SIXTH STREET REALTY CORPORATION et al., Respondents.

*Real property — covenants — when covenant not to use premises for business purposes or to build within certain distance of street line will not be enforced.*

*Field* v. *West Thirty-sixth Street Realty Corpn.*, 207 App. Div. 904, affirmed.

(Argued May 23, 1924; decided June 6, 1924.)

APPEAL from a judgment of the Appellate Division of the Supreme Court in the first judicial department, entered December 31, 1923, affirming a judgment in favor of defendants entered upon a dismissal of the complaint by the court on trial at Special Term. The action was brought to obtain an injunction restraining the defendant West Thirty-sixth Street Corporation as owner in fee of premises 12 West Thirty-sixth street from violating certain restrictive covenants against the use of the last-mentioned premises for business purposes and against the erection of any portion of a building, except bay windows, within the space of five feet two inches from the street line. The trial court dismissed the complaint on the ground that the change in the character of the neighborhood had been such that equity would not enforce the restrictive covenant.

*William W. Robison* for appellants.

*Jacob R. Schiff* and *Samuel W. Dorfman* for respondents.

Judgment affirmed, with costs; no opinion.

Concur: HISCOCK, Ch. J., CARDOZO, POUND, McLAUGH-LIN, CRANE, ANDREWS and LEHMAN, JJ.